**Motion Granted and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00276-CV

_____

## IN RE DALLAS CITY LIMITS PROPERTY CO., L.P., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16733-A**

---

## MEMORANDUM OPINION

On March 23, 2012, relator, Dallas City Limits Property Co., L.P. filed a petition for writ of mandamus in this Court.  *See* Tex. Gov't Code Ann §22.221 (Vernon 2004); *see also*  Tex. R. App. P. 52.1.   Relator asks this Court to order The Honorable R. K. Sandill, Judge of the 127th District Court, Harris County, Texas, to set aside portions of his order dated March 16, 2012, entered in trial court cause number 2010-16733-A, styled *Crady, Jewett & McCulley v. Austin Jockey Club, Ltd. and Dallas City Limits Property Co., L.P.*

On April 12, 2012, relator filed an unopposed motion to dismiss this mandamus proceeding as moot. Real party in interest, the Austin Jockey Club, Ltd., filed a notice of agreement.

Accordingly, the motion is granted and the petition for writ of mandamus is ordered dismissed.. We lift the temporary stay entered by this court on March 23, 2012.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.